Jean Paul Gamarra

1338 G Street SE

Washington DC 20003

Case: 1:16-cv-02420
Assigned To : Unassigned
Assign. Date : 12/9/2016
Description: Pro Se Gen. Civil (F Deck)

Goldman Sachs @CO

101 Constitution Ave

NW

Suite 1000 East

Washington DC 20001

**RECEIVED**

NOV 21 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>Civil Action Lawsuit Bench Arbitration</u>

The following Case is to Arbitrate the
Defendant committing FER Scorp by Law
Future Law Violation of Bill of Right's.
Defendant Fudusuary Entrapt Burrocrucy Force
Plaintiff to Homlessness by by out Chase
Manhattan, JP Morgan and down sizing
Xwife million dollar life style using credit
Card paid by Xwife. After Daughter
Was forced to be Sick with Monetary Sublimdnal
Epelpsy Xwife lost Her Toyota Fianance
Job Goldman Sachs Conspired Many   1

Years ago to Force Plaintiff to loose Paternal Saragate Rights and Force Plaintiff to be Homelessly Poor. the Fact Evidence Plaintiff has been official street shelter Homeless Going from one Fudisuar Entrapment ~~Bupac~~ Burocracy (Future Scorps by Law FEB) Starting Jan 1st 2016 until today. Plaintiff From Monatary Entrapment is Predicting Missing the Holiday's for the first time From Family of over 100 people and Sadly childern deserving their absentee Father to Recieve a Corteria Export and ~~be~~ Have have Paternal Surragate Enforced Right's meaning; Computer Company must Provide a Freedom to Communicate to children and Computer must provide Monatary Security and Charge plaintiff for a Paternal Court Order Child Protect Service Computer Engineered Visitation and Social Security Law . SSL Paternal Bill of Right's protecting children. Fed Civ P. 8 Rule 8® is the activating Hosted Law of this Complaint Filing (a)(1) the Ground of Lawfully defining a Future Scorp by Law $FEB Fudusuary Entrapt ment Burracrcy the ~~pla~~ defendant (Appendix Criminal timeline) Has Entrapt

Monatarly Enough people for a civil Class Action Law suit. the Criminal Arrest Ground with the Curtosy of the Judicial Filing Order to approve Voyerism as a Monatary Appolete malpractice Using Electronic ~~Ste~~ Subliminal control of the people Thus dc official § 22-3531 Request the Civil Bench Arbitratration If defendant Accept a Virgin Exsit Pleabargin or upon being Reject a Full trial to bring on a Multy Million ~~Scorp~~ Class Action Law Suit at a Civil District Full trial. the New Jurisdiction of the Court is Bill of Right's defense of the people from Monatary Entrapment being defined by the Plaintiff as one of His New Future ScorpbyLaw § FEB "iE" Fuducuary Entrapment Burracrucy Reveiw the Civil disposition From His Appendix Criminal time line. Fed. Civ. P.S. Rule 8 (a)(2) the defend Fudusary Monatarly Entrapt the ~~Defendant~~ Plaintiff by buying out JPmorgan witd debt Security Entrapment, bought out Chase Manhattan CreditCard ~~██████████████~~ avel the Reduced all the Plaintiff Xwife Credit Card after 911 when Xwife was the HouseHold Million dollar Provider.

Fed Civ P. 8 Rule 8(a)(2)
The Relief Sought is for Paternal Visitation Rights using the Computers and Allomony Rights for Plaintiff to Provide Allomony to the xwife and Child Support. Children are Subluntally Entrapt with Apple technology being defendant is the Parental company of Apple Preventing plaintiff a Paternal Surrogate Control, Responsibilty and Freedom to Comunicate with xwife children without Fidusary Entrapment Burrecracy Preventing Plaintiff to Have a Civil Freedom of Comunication with family.

Fed. Civ. P. 8 Rule 8(a)(3) the Full trial against defendant is being Requested to be a Pleabargin with Bench Arbitration where Plaintiff is offering defendant a Virgin Exsit. 1) Provide witness testimony to Imprison Hillary clinton for treason 2) Provide witness Private Unitednation testimony to Imprison Eric Holder define Eric Holder as the Fascilotor and Accompliss to 911 3). To Accept the Virgin Exsit Plea bargin and become a None Public traded stock and Go on the Insider Restricted stock List. the Insider Restricted stock List include

No ~~Glos~~ Goldman sach Employ
are allowed to work for the Government
or Subcontract the Government and
are Private Sector DC Companies
on the Insider Restricted stock
being the Virgin Exsit Pleabergin
for Goldman's Sack to Have corporate
DC Office without Government ~~Responsibilty~~
and being on the Restricted trading stock
any Entrapment of Government Affair's
will ~~be~~ ~~them~~ define Further innestigation
to ~~Find~~ Punish and Arrest Share Holder
and Infrastructure Impound.

4) Defendant Goldmans Sac's being
the Apple Parental Company to the Congressional
LawLiabry DOD Unix 9000 Server will
be Configured to Constitution Statue of
Law to Restore Virgin order to James
Madison Statue. defendant will Configure
Unix 9000 to the Congressional ~~Liabrar~~ Law
Liabrary Following the direct Order of
the Constitution Statue of Law James
Madison. James Madison then will Have
Full Direct Executive order of UNIX 9000
in his Liabry Removing all Jihadist, treason
Configured in the Server Pretending to be a

"Commission and Removal of all "Bill of Rights violation against the Body of america in direct Violation of Federal Body of Law Thus D.C. Official Code § 22-3531. (Sibe bar Your Honor Defendant as explained in the Appendix Can Simply Give James Mudison All direct Executive order power with the Unix 9000 installed in His liabrary and will due all the Internet Greek stuff He taught me He can due way out of any Law League) Defendant must Configure Unix 9000 being thue Hillary clinton Lowering of DOD and Replacement of Unix 9000 After Represating 40 Administrative Congress with a Unix 9000 only Represathre 2 Administrathre Congress (Bill Dotcom Crush and @MetroSexaul Entrupunership Pobono Guy Murrige Regulator Administration). Unix 9000 Controled by thu Constitution State of Law at the Congressional Law Liabrary Can then Configure New Bill of Right's for the New Congress when thue New Congress Right's New Law's and cann Configure New Bill of Right's with thue Bill of Rights LawLiabrary Congressional LawLiuLry.

Theese Virgin Exsit for Goldman Sack's are None Negotiable and All Plea bargin must be Followed When Order by a Judicial Constition Office order with a bench Arbitratrussay.

The Following Full trial Sought Punishment If defendant Refuse the Plea bargin is to Have Either a Constitution Officer of the Civil Court exercise Constitution order approval or a full trial to have Constitution Officer Flex due process Befourth 12 Jouror to simply Turn off the Goddman Sack's Publicly trade Common Name and Bill Goldman Sack's for all the Appendix Criminal Ballestic time line by Impounding their Assest, Money in America and any Found Just Impounding due process Bias to the Law will Find.

Fed Ciup8Rule 8(9)(3) Clossing Preliminary Yeildig Request for a Capitol Free Market Restitution DOD, DOJ Board Plaintiff adHear's to Request with this Case $70,000,000,000 $35 million to Anticle III and $35 million four Plaintiff Relief to Return to work.

Closing Preliminary Relief Sought for Monetary National Security.
⇒ Cross Complaint Put down is; If GoldMan Sack's was Not one of the Original Enemies of Jame's Madison Dating back 240 Year's ago or being Hillary Clinton Funder to Overthrough the Constitution Statue of Law; they will have No problem Empowering the original Constitution Statue of Law that Gave the Provide Bill of Right's for our Country. Litigating the Constitution the World is Runned by Appellet malpractice to Froud them Selve's. Bill of Right's is to Prevent Appellet Malpractice Froud and the founding Grand Father seac Said the Power of the Constitution in Bill Clinton and OBoma Hands would be Used against the people and That's is the Bill of Right to create Freedom against the World.

Your Excellency the Priority to is for James Madison our Constitution Statue of Law to Have all Constitution Executor Director Executive Order Confi Fuguring ability

Controll of the Congressional
Law Liabry with Unix 9000.
I Have His Unix 9000 ~~Seamasti~~
Scamatic Privatly Stored in safe
Place to present the court ~~what they~~
Upon the ~~Suristic~~ Constitution
Surisdiction of the court Requested
order.

Appendix Criminal timeline

Defendant Crashed the following
Events with out Question, Speculation
or Made to look like trying to create a
Conspiracy "Conspiracy theory".
   (1) Defendant Crashed Wallstreet
   (2) Defendant forced Alan Green
Span to Over Lend and Crash the ~~Rea~~
Virgin Realestate Economy
   (3) Defendant tryed over throughing
the Reserve with Mac Addressing Asset
Control of the Reserve (Just like Covington
Law Firm istrying to take of Article III
Sudicial Chamber)
   (4) Defendant being the Parental
Company is the Engineer of ~~the~~ Apple

Creating the
New DOD Unix 9000
Replacing Unix 4000
at the Congressional Law
Liabrary to Replace the Government
Bill of Right's system of Subzadizing
All the Constitution Statue of DC
and Entitling Law for National
Security with creating a Malpractice
of Corporate takeover comitting
Corporat treason take over the
Goverment, when the Goverment
is to big to be Corporatly tooken
over. the Malpractice of virgin
British Pound who defected the
Gay Euro-dollar trash from Entrpurership
Probono Gay marige Regulator Malpractice.
Instead of creating Entitled Law and federal
Statue and Constitution Statue and Subzadizing
all the Statue they stole Subuzadize
Entitment and created Comitted Law Fraud
with UNIX 9000 at the Congressional
Law liabry.
        (5) Now Goldman Sac's is
trying to create Appelt Malpractice writz
on President trump with writz Judicial
Jacketing treason trying to Have a Goldman Seen

Employee Run the the
My Sob the US treasury.
they are Trixing tourmp After
Prosecutrixing Hillary campaing
Financing the CFR Law from
FEC declared Illeager, unLawful
and Now want to Run the
US treasury.

(6) Closing Criminal Appendix
timeline is the direct Relationship
defendant and Plaintiff is Ready to
go back to work and Prosecute
against Plaintiff working for Virgin
Chase Manhattan and JP Morgan and
also being a Owner at one point in
History; the Monatarly Entrust
with debt Security Malpractice JP Morgan
and Bought out Chase Manhatan Credit
Account they force JP morgan int debt
and they forced Plaintiff Xwife Million
dollar Credit Cards that w here Owned
by different None bank Creditor. they
bought out all Plaintiff Xwife credit card
and lower Her Operating Expense, monetorly
Sickend Plaintiff daughter with Apple
techonology and forced Plaintiff Xwife

to loose Her Million dollar Job with toyota being a HighLine toyota Female Finance Manager Very well Recognized amonst wallstreet debt Female credit card Flipper. Women who pay for everything with their credit card and then pay off their credit. a None fact For women women. The Sicken Daughter force Xwife out of work and Now also force Plantiff Homeless For writing a Tingh Business plan to Employee Homeless People and Give wealthy People a choise to choice to to Pick and choose who they want. Inidating the Supply Side of the economy with the Lower class will then increase the Value of the dollar and Every one plus the wealthy would be come wealthier.

Closing the Criminal Appendix time line; the Civil Restitution of Free Market Restitution of $70 million is Just and Fair with out the tax

Payer being FEB is February Entro Buroeracy where A the expense of the taxpayer, Govmint Budget or the Genocide Blood money from the defendant is Not wanted.

Your Excellency I order to Use my Virgin Authority Oath Testimony To Serius Consider the Prosecution of Hillary Clinton, Eric Holder with a Plea bargin with Goldmun Suck would be a Good Faith warrning God Almighty Commanded. the 911 Plot is to prevent our Money Currency Sai Saying in God we trust from Billionaire Runing our Country who Never Profited from Genoide and Blood money; must be Help from being extorted into war or taking over treason made From Blood money. We must Protect our Virgin Billionaie President and Rockfella Billionare on the way back to take back Control of Bankof America.

The Original Owner of
Bank of America.

Your Honor Goldman Sack's
Bank of America Penthouse Suit
Ready to Attack trump with
Goldman Sach Covington LLC must
be order with plea bargin for
Goldman Sach to shut them down
and Rrepare Prepare Bank of America
take Over from the original 1st
Owner Rockeffella.

