UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN PAUL GAMARRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOLDMAN SACHS & CO., )<br>)<br>Defendant. ) | Case: 1:16-cv-02420<br>Assigned To : Unassigned<br>Assign. Date : 12/9/2016<br>Description: Pro Se Gen. Civil (F Deck) |

### MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court finds that the complaint is incomprehensible. It does not appear to state the grounds upon which this court's jurisdiction depends or to contain a statement of a claim showing plaintiff's entitlement to relief. As drafted, the complaint fails to comply with Rule 8(a)

and therefore it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 12/8/16

/s/ Randolph D. Moss
United States District Judge